UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM SEVERS, | |
| Petitioner, | Civ. No. 15-6421 (NLH) |
| v. | OPINION |
| THE ATTORNEY GENERAL OF THE STATE OF NEW JERSEY, | |
| Respondent. | |

APPEARANCE:

William Severs
539137 188285B
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625

    Petitioner Pro se

HILLMAN, District Judge

    Petitioner William Severs filed a notice of appeal of this Court's order denying his motion under Federal Rule of Civil Procedure 60. ECF No. 27. See also Severs v. Attorney General New Jersey, No. 20-3153 (3d Cir. Oct. 21, 2020). He seeks to proceed in forma pauperis on appeal. ECF No. 28.

    Under the Third Circuit's Local Appellate Rules, "prisoners seeking to proceed on appeal in forma pauperis must file an affidavit of poverty in the form prescribed by the Federal Rules of Appellate Procedure accompanied by a certified statement of the prison account statement(s) (or institutional equivalent)

for the 6 month period preceding the filing of the notice of appeal or petition for extraordinary writ." 3d Cir. L.A.R. 24.1(c). Petitioner did not submit the form or a certified account statement.

The Court shall direct the Clerk to send Petitioner the required form. Petitioner may reapply for in forma pauperis status on appeal by returning the completed form and a certified account statement.

CONCLUSION

For the reasons set forth above, the application to proceed in forma pauperis on appeal is denied without prejudice. An appropriate Order follows.

Dated: October 23, 2020          s/ Noel L. Hillman
At Camden, New Jersey            NOEL L. HILLMAN, U.S.D.J.