```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

_____
                                   :
WILLIAM SEVERS,                    :
                                   :
         Petitioner,               :   Civ. No. 15-6421 (NLH)
                                   :
    v.                             :   OPINION
                                   :
                                   :
THE ATTORNEY GENERAL OF THE        :
STATE OF NEW JERSEY,               :
                                   :
         Respondent.               :
_____:

APPEARANCE:

William Severs
539137 188285B
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625

    Petitioner Pro se

HILLMAN, District Judge

    Petitioner William Severs filed a notice of appeal of this Court's order denying his motion under Federal Rule of Civil Procedure 60. ECF No. 27. See also Severs v. Attorney General New Jersey, No. 20-3153 (3d Cir. Oct. 21, 2020). He seeks to proceed in forma pauperis on appeal. ECF No. 32.[1]

    Petitioner's account statement indicates he has $1,279.72 in his prison account. Id. at 11. The highest amount in his

---

[1] The Court denied without prejudice Petitioner's first application to proceed in forma pauperis because he did not submit an account statement with his application. ECF No. 31.

account in the last six months was $1,341.41.  Id. at 8. Petitioner's account never went under $1,000 during the past six months.  The Court therefore concludes Petitioner is able to pay the $505 filing fee.

Petitioner's in forma pauperis application is denied. Petitioner shall pay the $505 filing fee for his appeal.

CONCLUSION

For the reasons set forth above, the application to proceed in forma pauperis on appeal will be denied.

An appropriate Order follows.

Dated: November 19, 2020        s/ Noel L. Hillman
At Camden, New Jersey           NOEL L. HILLMAN, U.S.D.J.